UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Thomas Everett Normand          CASE NO.: 14-

## CHAPTER 13 PLAN

**I.** Debtor proposes to pay by payroll deduction into the Chapter 13 Plan monthly payments of $525 for sixty (60) months.

**II.** Claims to be paid directly by debtor.      **Estimated Balance Due**      **Monthly Payment**

Evangeline Bank & Trust                             $41,800.00                    $535.00
collateral - Mobile home and land located at
   1880 C. Normand Rd
   Woodworth, LA

Polaris Credit                                      $7,000.00                     $140.00
collateral - Polaris ATV
(co-signed loan)

**III.** Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $3,200.00. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

**1. Real Property:**

Evangeline Bank & Trust: collateral-Mobile home & land located at 1880 C. Normand Rd, Woodworth, LA; estimated pre-petition arrears in the amount of $1,200, which represents the November and December 2014 mortgage payments. As adequate protection, the creditor, Evangeline Bank & Trust, shall be paid $25 per month concurrently with the administrative expenses for the case.

**2. Personal Property:**

Westlake Financial Services: collateral - 2007 GMC Sierra; estimated secured claim of $18,000 to be paid with interest at 6%. As adequate protection, the creditor, Westlake Financial Services, shall be paid $25 per month until the debtor's attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

    Internal Revenue Service    $3,000.00

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 10th day of December 2014.

                      McBride Law Firm

                      /s/Thomas C. McBride
                      By: Thomas C. McBride (#09210)
                          Kathryn A. Wiley (#33672)
                          Thomas C. McBride, LLC
                          McBride Law Firm
                          301 Jackson Street, Suite 101
                          Alexandria, LA 71301
                          Telephone (318) 445-8800
                          Facsimile (318) 445-8066