UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Thomas Everett Normand					CASE NO.: 14-81297

**THIRD MODIFIED CHAPTER 13 PLAN**
**ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED**

**I.** Debtor proposes to pay by payroll deduction into the Chapter 13 Plan total payments of $2,961.93 in the first nine (9) months, then monthly payments of $535 (beginning October, 2015) for one (1) month, then monthly payments of $600 (beginning November, 2015) for forty (40) months, then monthly payments of $740 (beginning March, 2019) for ten (10) months, for a total of sixty (60) months.

**II.** Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| Evangeline Bank & Trust<br>collateral - Mobile home and land located at<br>1880 C. Normand Rd, Woodworth, LA | $41,800.00 | $535.00 |
| Polaris Credit<br>collateral - Polaris ATV<br>(co-signed loan) | $ 7,000.00 | $140.00 |

**III.** Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $3,200, plus $750 for this modification and the defense of the Motion to Lift Stay filed by Evangeline Bank. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

**1. Real Property:**

Evangeline Bank & Trust: collateral - Mobile home & land; pre-petition arrearage in the amount of $2,239.36, and post-petition arrearage, fees, and costs in the amount of $1,481.19. As adequate protection, Evangeline Bank shall be paid $25 per month until the debtor's attorney fees are paid in full.

**2. Personal Property:**

Westlake Financial Services: collateral - 2007 GMC Sierra; estimated secured claim of $18,173.64 to be paid with interest at 6%. As adequate protection, Westlake Financial shall be paid $25 per month until the debtor's attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

Internal Revenue Service          $2,852.63

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 2nd day of October, 2015.

McBride Law Firm

 /s/Kathryn A. Wiley
By: Thomas C. McBride  (#09210)
     Kathryn A. Wiley (#33672)
     Thomas C. McBride, LLC
     McBride Law Firm
     301 Jackson Street, Suite 101
     Alexandria, LA 71301
     Telephone (318) 445-8800
     Facsimile (318) 445-8066