UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:	Thomas Everett Normand	CASE NO. 14-81297

**IF, AND ONLY IF, NOTICE OF
HEARING ON PLAN MODIFICATION**

Notice is hereby given that a hearing will be held on the **29th day of October, 2015 at 9:30 a.m.**, on the Third Modified Plan **if, and only if**, an objection is filed at least seven (7) days before the hearing date with the Clerk, U.S. Bankruptcy Court, 300 Jackson Street, 2nd Floor, Alexandria, Louisiana 71301, and Thomas C. McBride, 301 Jackson Street, Suite 101, Alexandria, LA 71301.

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a true and correct copy of the above and foregoing IF, AND ONLY IF, Notice of Hearing and the Third Modified Chapter 13 Plan have this day been served by placing a copy of the same in the United States Mail to all creditors on the attached mailing matrix.

\*\*The following entities were served by electronic transmission only:

Jon C. Thornburg	Patti H. Bass
ch13alex@ch13alex.com	ecf@bass-associates.com

Office of U. S. Trustee
USTPRegion05.SH.ECF@usdoj.gov

Alexandria, Louisiana this 2nd day of October, 2015.

	/s/Melissa Fisher

Thomas Everett Normand
1880 C. Normand Road
Woodworth, LA 71485

Westlake Financial Services
4751 Wilshire Blvd Suite 100
Los Angeles, CA 90010

Evangeline Bank & Trust
PO Drawer 12900
Alexandria, LA 71315

The Evangeline Bank & Trust
Wheelis & Rozanski
P.O. Box 13199
Alexandria, LA 71315